IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Levy, James F

Printed: 7/29/08

Case Number: 07 B 17590
Judge: Squires, John H
Filed: 9/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2008
Confirmed: January 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,170.00 | |
| Secured: | | 1,379.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 654.50 |
| Trustee Fee: | | 135.88 |
| Other Funds: | | 0.00 |
| Totals: | 2,170.00 | 2,170.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 654.50 |
| 2. | Turner Acceptance Corporation | Secured | 2,496.80 | 1,379.62 |
| 3. | Internal Revenue Service | Priority | 10,336.76 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 912.36 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 1,239.23 | 0.00 |
| 6. | Turner Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 35.40 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 64.78 | 0.00 |
| 9. | Turner Acceptance Corporation | Unsecured | 249.68 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 575.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 72.85 | 0.00 |
| 12. | Northern Indiana Public Ser | Unsecured | 123.84 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 14.82 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 15.58 | 0.00 |
| 15. | Bettina Thomas | Priority | | No Claim Filed |
| 16. | Florida Child Support Enforcement | Priority | | No Claim Filed |
| 17. | RMI/MCSI | Unsecured | | No Claim Filed |
| 18. | Citicorp | Unsecured | | No Claim Filed |
| 19. | Citicorp | Unsecured | | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 21. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | RMI/MCSI | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | RMI/MCSI | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Levy, James F | Case Number: 07 B 17590 | |
| | Judge: Squires, John H | |
| Printed: 7/29/08 | Filed: 9/26/07 | |

| | | | |
|---|---|---|---|
| 26. | Mutual Hospital Services | Unsecured | No Claim Filed |
| 27. | RMI/MCSI | Unsecured | No Claim Filed |
| 28. | RMI/MCSI | Unsecured | No Claim Filed |
| 29. | RMI/MCSI | Unsecured | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | No Claim Filed |
| 34. | RMI/MCSI | Unsecured | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | No Claim Filed |
| 36. | RMI/MCSI | Unsecured | No Claim Filed |
| 37. | RMI/MCSI | Unsecured | No Claim Filed |
| 38. | RMI/MCSI | Unsecured | No Claim Filed |
| 39. | Cda/Pontiac | Unsecured | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | No Claim Filed |
| 41. | Superior Asset Management | Unsecured | No Claim Filed |
| 42. | RMI/MCSI | Unsecured | No Claim Filed |
| 43. | RMI/MCSI | Unsecured | No Claim Filed |
| 44. | Western International University | Unsecured | No Claim Filed |
| 45. | RMI/MCSI | Unsecured | No Claim Filed |
| 46. | Calvary Portfolio Services | Unsecured | No Claim Filed |
| 47. | RMI/MCSI | Unsecured | No Claim Filed |
| 48. | RMI/MCSI | Unsecured | No Claim Filed |
| 49. | Turner Acceptance Corporation | Unsecured | No Claim Filed |

_____   _____
$ 19,137.10   $ 2,034.12

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.38 |
| 6.5% | 110.50 |

_____
$ 135.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMack_____